# EXHIBIT B

# DIP NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
                                                  :
In re                                             : Chapter 11
                                                  :
East West Resort Development V, L.P., L.L.L.P.,   : Case No. 10-_____ (_____)
et al.,[1]                                        :
                                                  : (Jointly Administered)
             Debtors.                             :
                                                  :
------------------------------------------------------------------- x

## NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) NOTICE OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY [ ], 2010 AT [ : ][ ].M.

TO:   ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on February 16, 2010, the above-captioned debtors and debtors-in-possession (the "***Debtors***") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "***First Day Motions***"):

---

[1] The Debtors are the following 12 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): East West Resort Development V, L.P., L.L.L.P., a Delaware limited partnership registered as a limited liability limited partnership (9275), NMP Holdings, LLC, a Delaware limited liability company (9716), Northstar Mountain Properties, LLC, a Delaware limited liability company (0823), Northstar Iron Horse, LLC, a Delaware limited liability company (1031), Northstar Big Horn, LLC, a Delaware limited liability company (1132), Northstar Village Townhomes, LLC, a Delaware limited liability company (7166), Northstar Trailside Townhomes, LLC, a Delaware limited liability company (7251), Old Greenwood, LLC, a Delaware limited liability company (3812), Old Greenwood Realty Inc., a California corporation (4355), Gray's Station, LLC, a Delaware limited liability company (8308), Tahoe Mountain Resorts, LLC, a Delaware limited liability company (0093), and Tahoe Club Company, LLC, a Delaware limited liability company (5142). The address of each of the Debtors is 126 Riverfront Lane, 5th Floor, PO Drawer 2770, Avon, Colorado 81620.

RLF1 3530948v.1

A.  First-Day Affidavit

   1. Affidavit of Craig Ferraro in Support of First Day Motions [Docket No. _ ; filed February 16, 2010]

B.  First-Day Motions

   1. *Ex-Parte* Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Chapter 11 Cases [Docket No. _; filed February 16, 2010]

   2. Motion of Debtors and Debtors in Possession for an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent, and Approving the Form and Manner of Notice of Section 341 Meeting [Docket No. _; filed February 16, 2010]

   3. Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code [Docket No. _; filed February 16, 2010]

   4. Motion of the Debtors and Debtors in Possession for an Order (A) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms and (B) Granting Related Relief [Docket No. _; filed February 16, 2010]

   5. Motion of the Debtors and Debtors in Possession for Entry of an Order Authorizing the Payment of Prepetition Trust Fund Taxes in the Ordinary Course of Business [Docket No. _; filed February 16, 2010]

   6. Motion of the Debtors and Debtors in Possession for Entry of an Order Authorizing Payment of Homeowner Association and Condominium Association Obligations [Docket No. _; filed February 16, 2010]

   7. Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing Them to (A) Maintain Insurance and Surety Bond Programs, (B) Pay Insurance and Surety Bond Premiums in the Ordinary Course and (C) Pay All Obligations Associated Therewith; and (II) Preventing Insurance and Surety Companies from Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy or Surety Bonds Without Obtaining Relief from the Automatic Stay [Docket No. _; filed February 16, 2010]

RLF1 3530948v.1

8. Motion of Debtors and Debtors in Possession for Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing, to Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 364(C) and 364(D); and (B) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001 [Docket No. _; filed February 16 2010]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **February __, 2010 at __:__ _.m. (Eastern Standard Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, _th Floor, Courtroom _, Wilmington, Delaware 19801 before The Honorable _____, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: February 16, 2010  Respectfully submitted,
       Wilmington, Delaware

                                               Daniel J. DeFranceschi (No. 2732)
                                               Paul N. Heath (No. 3704)
                                               Dana L. Reynolds (No. 4930)
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               One Rodney Square
                                               920 North King Street
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 651-7700
                                               Facsimile: (302) 651-7701
                                               Email: defranceschi@rlf.com
                                                        heath@rlf.com
                                                        reynolds@rlf.com

                                               -and-

                                               Richard A. Chesley (IL 6240877)
                                               Gregory S. Otsuka (IL 6270388)
                                               Hilla Uribe Jimenez (IL 6293064)
                                               PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                               191 North Wacker Drive, 30th Floor
                                               Chicago, Illinois 60606
                                               Telephone: (312) 499-6000
                                               Facsimile: (312) 499-6100
                                               Email: richardchesley@paulhastings.com
                                                         gregoryotsuka@paulhastings.com
                                                         hillauribe@paulhastings.com

                                               PROPOSED ATTORNEYS FOR DEBTORS AND
                                               DEBTORS IN POSSESSION