# EXHIBIT D

# BUDGET

LEGAL_US_W # 63630608.21
RLF1 3538075v.1

East West Resort Development V
Weekly Projected Cash Flows

*($ in thousands)*                                                                                                                         CONFIDENTIAL/DRAFT

| | Beginning Cash 2/2/2010 | Week 1 2/5/2010 | Week 2 2/12/2010 | Week 3 2/19/2010 | Week 4 2/26/2010 | Week 5 3/5/2010 | Week 6 3/12/2010 | Week 7 3/19/2010 | Week 8 3/26/2010 | Week 9 4/2/2010 | Week 10 4/9/2010 | Week 11 4/16/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Receipts** | | | | | | | | | | | | |
| Budgeted Revenue | | 70.7 | 70.7 | 70.7 | 70.7 | 92.8 | 92.8 | 92.8 | 92.8 | 40.6 | 40.6 | 40.6 |
| Other [1] | | - | - | - | 58.3 | - | - | - | 58.3 | - | - | - |
| **Total Operating Cash Receipts** | | 70.7 | 70.7 | 70.7 | 129.1 | 92.8 | 92.8 | 92.8 | 151.1 | 40.6 | 40.6 | 40.6 |
| **Operating Cash Disbursements** | | | | | | | | | | | | |
| *Development Costs* | | | | | | | | | | | | |
| Mello Roos | | - | 936.9 | - | - | - | - | - | - | - | - | - |
| Contractors | | (277.0) | - | (55.0) | (80.0) | - | - | (60.0) | (75.0) | - | (20.0) | (65.0) |
| Environmental | | (39.5) | - | (5.0) | - | - | - | - | - | - | - | - |
| *Soft Costs* | | | | | | | | | | | | |
| Utilities | | (33.7) | (25.8) | - | (25.8) | - | (24.0) | - | (24.0) | - | (20.5) | - |
| Payroll | | (19.0) | - | (321.2) | - | (225.6) | (10.0) | (329.6) | - | (151.1) | - | (256.1) |
| Management Fees | | (60.4) | - | (10.0) | (10.0) | - | (13.0) | (185.0) | (13.0) | - | (3.8) | (185.0) |
| Legal/Financial | | (135.0) | - | (12.5) | (50.0) | - | (5.0) | (10.0) | (10.0) | - | - | (5.0) |
| Marketing/TMR Allocation | | (441.4) | - | - | - | - | (8.6) | (22.5) | (38.6) | - | (11.4) | (12.5) |
| HOA dues | | (61.3) | - | - | - | (237.0) | - | - | - | - | - | - |
| G&A/office OH | | (103.5) | - | (20.0) | (25.0) | - | (23.7) | (20.0) | (23.7) | - | (26.8) | (20.0) |
| Operating Expenses | | (108.3) | (108.3) | (108.3) | (45.5) | (45.5) | (45.5) | (45.5) | (52.9) | (52.9) | (52.9) |
| Contingency | | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (20.0) | (20.0) | (20.0) |
| **Total Operating Cash Disbursements** | | (1,195.9) | 777.9 | (448.7) | (324.0) | (533.1) | (154.7) | (697.6) | (254.7) | (224.0) | (155.3) | (616.5) |
| **Debt Service + Restructuring Costs** | | | | | | | | | | | | |
| DIP Service | | (1.7) | (3.4) | (3.4) | (3.4) | (3.4) | (3.4) | (3.9) | (4.3) | (4.7) | (5.6) | (6.4) |
| Debt Service - Project Level | | (140.0) | - | (54.0) | (101.3) | - | - | (54.0) | (101.3) | - | - | - |
| Legal Fees (GT / Choate) | | (700.0) | - | - | - | - | - | - | - | - | - | - |
| Restructuring Costs | | (693.8) | (193.8) | (193.8) | (193.8) | (181.3) | (181.3) | (181.3) | (181.3) | (145.0) | (145.0) | (145.0) |
| **Total Debt Service + Restructuring Costs** | | (1,535.4) | (197.2) | (251.2) | (298.5) | (184.7) | (184.7) | (239.1) | (286.9) | (149.7) | (150.6) | (151.4) |
| **Total Disbursements** | | (2,731.3) | 580.8 | (699.9) | (622.5) | (717.8) | (339.4) | (936.7) | (541.6) | (373.7) | (305.9) | (767.9) |
| **Consolidated Net Cash Flow** | | (2,660.5) | 651.5 | (629.2) | (493.4) | (625.0) | (246.6) | (843.9) | (390.5) | (333.1) | (265.3) | (727.3) |
| DIP Draws | | 2,000 | - | 2,500 | 1,636.0 | - | - | 500 | - | 500 | 500.0 | 500.0 |
| **Cash Balance** | 2,767.6 | 2,107.1 | 2,758.6 | 2,129.4 | 1,636.0 | 1,011.0 | 764.4 | 420.5 | 30.0 | 196.9 | 431.6 | 204.2 |
| **$10.0 million DIP Financing** | | | | | | | | | | | | |
| Beginning Balance | | - | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,500.0 | 2,500.0 | 3,000.0 | 3,500.0 |
| EWRD V DIP Draw | | 2,000 | - | - | - | - | - | 500 | - | 500 | 500.0 | 500.0 |
| DIP Balance | | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,000.0 | 2,500.0 | 2,500.0 | 3,000.0 | 3,500.0 | 4,000.0 |
| Ending DIP Availability | | 8,000.0 | 8,000.0 | 8,000.0 | 8,000.0 | 8,000.0 | 8,000.0 | 7,500.0 | 7,500.0 | 7,000.0 | 6,500.0 | 6,000.0 |
| **Financial Covenants:** | | | | | | | | | | | | |
| *Cumulative Consolidated Net Cash Flow* | | | | | | | | | | | | |
| Projected Consolidated Net Cash Flow | | (2,660.5) | (2,009.0) | (2,638.2) | (3,131.6) | (3,756.6) | (4,003.2) | (4,847.2) | (5,237.6) | (5,570.8) | (5,836.1) | (6,563.4) |
| Less: Permitted Variance (12.5%) | | (332.6) | (251.1) | (329.8) | (391.5) | (469.6) | (500.4) | (605.9) | (654.7) | (696.3) | (729.5) | (820.4) |
| **Minimum Projected Consolidated Net Cash Flow** | | (2,993.1) | (2,260.2) | (2,968.0) | (3,523.1) | (4,226.2) | (4,503.6) | (5,453.1) | (5,892.3) | (6,267.1) | (6,565.6) | (7,383.8) |

(1) Per term sheet, 27.6% of Trailside closings proceeds placed in escrow.

(1) Exclusive Resorts currently leases Trailside townhomes; should pending sale of townhomes close, lease payments to decline.

2

($ in thousands)

| | Week 12 4/23/2010 | Week 13 4/30/2010 | Week 14 5/7/2010 | Week 15 5/14/2010 | Week 16 5/21/2010 | Week 17 5/28/2010 | Week 18 6/4/2010 | Week 19 6/11/2010 | Week 20 6/18/2010 | Week 21 6/25/2010 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Receipts** | | | | | | | | | | | |
| Budgeted Revenue | 40.6 | 40.6 | 113.6 | 113.6 | 113.6 | 113.6 | 150.9 | 150.9 | 150.9 | 150.9 | 1,915.1 |
| Other [1] | - | 58.3 | - | - | - | 58.3 | - | - | - | 58.3 | 291.7 |
| **Total Operating Cash Receipts** | 40.6 | 98.9 | 113.6 | 113.6 | 113.6 | 171.9 | 150.9 | 150.9 | 150.9 | 209.3 | 2,206.7 |
| **Operating Cash Disbursements** | | | | | | | | | | | |
| Development Costs | | | | | | | | | | | |
| Mello Roos | - | - | - | - | - | - | - | - | - | - | 936.9 |
| Contractors | (25.0) | (11.0) | (15.0) | (60.0) | - | (36.0) | (10.0) | (50.0) | (5.0) | (36.0) | (880.0) |
| Environmental | - | - | - | - | - | - | - | - | - | - | (44.5) |
| Soft Costs | | | | | | | | | | | |
| Utilities | (20.5) | - | (17.3) | - | (17.3) | - | (16.4) | - | (16.4) | - | (241.5) |
| Payroll | (9.0) | (151.1) | - | (332.6) | (19.0) | (237.6) | - | (387.3) | (19.0) | (292.3) | (2,760.5) |
| Management Fees | (3.8) | - | (3.8) | (185.0) | (3.8) | - | (13.0) | (185.0) | (13.0) | - | (806.8) |
| Legal/Financial | (10.0) | (5.0) | - | (5.0) | - | (15.0) | (10.0) | - | - | (15.0) | (170.4) |
| Marketing/TMR Allocation | (51.4) | - | (16.8) | (12.5) | (46.8) | (10.0) | (12.0) | (12.5) | (42.0) | (10.0) | (504.9) |
| HOA dues | - | - | - | - | - | - | (215.0) | (17.0) | - | - | (910.4) |
| G&A/office OH | (26.8) | - | (12.6) | (20.0) | (12.6) | - | (23.4) | (20.0) | (23.4) | - | (359.2) |
| Operating Expenses | (52.9) | (52.9) | (84.6) | (84.6) | (84.6) | (84.6) | (72.9) | (72.9) | (72.9) | (72.9) | (1,396.5) |
| Contingency | (20.0) | (20.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (500.0) |
| **Total Operating Cash Disbursements** | (219.3) | (240.0) | (175.1) | (724.7) | (209.1) | (408.2) | (397.5) | (769.7) | (216.5) | (451.2) | (7,637.8) |
| **Debt Service + Restructuring Costs** | | | | | | | | | | | |
| DIP Service | (7.3) | (8.1) | (8.6) | (9.4) | (10.3) | (10.7) | (11.6) | (12.8) | (14.1) | (15.0) | (151.5) |
| Debt Service - Project Level | (54.0) | (101.3) | - | - | - | (155.3) | - | - | - | (155.3) | (916.6) |
| Legal Fees (GT / Choate) | - | - | - | - | - | - | - | - | - | - | (700.0) |
| Restructuring Costs | (145.0) | (145.0) | (181.3) | (181.3) | (181.3) | (181.3) | (181.3) | (181.3) | (181.3) | (181.3) | (4,175.0) |
| **Total Debt Service + Restructuring Costs** | (206.3) | (254.5) | (189.8) | (190.7) | (191.5) | (347.3) | (192.8) | (194.1) | (195.4) | (351.6) | (5,943.1) |
| **Total Disbursements** | (425.6) | (494.5) | (364.9) | (915.4) | (400.6) | (755.5) | (590.3) | (963.8) | (411.9) | (802.7) | (13,580.9) |
| **Consolidated Net Cash Flow** | (385.0) | (395.6) | (251.3) | (801.8) | (287.0) | (583.6) | (439.4) | (812.8) | (261.0) | (593.3) | (11,374.1) |
| DIP Draws | 500.0 | 500 | - | 1,000.0 | - | 500.0 | 500.0 | 1,000.0 | 500 | 500.0 | 9,000.0 |
| **Cash Balance** | 319.2 | 423.7 | 172.4 | 370.6 | 83.7 | 0.1 | 60.7 | 247.9 | 486.9 | 393.5 | 393.5 |

**$10.0 million DIP Financing**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 4,000.0 | 4,500.0 | 5,000.0 | 5,000.0 | 6,000.0 | 6,000.0 | 6,000.0 | 6,500.0 | 7,000.0 | 8,000.0 | 8,500.0 |
| EWRD V DIP Draw | 500 | 500 | - | 1,000.0 | - | 500.0 | 500.0 | 1,000.0 | 500 | 500.0 | |
| DIP Balance | 4,500.0 | 5,000.0 | 5,000.0 | 6,000.0 | 6,000.0 | 6,500.0 | 6,500.0 | 7,000.0 | 8,000.0 | 8,500.0 | 9,000.0 |
| Ending DIP Availability | 5,500.0 | 5,000.0 | 5,000.0 | 4,000.0 | 4,000.0 | 3,500.0 | 3,000.0 | 2,000.0 | 1,500.0 | 1,000.0 | 1,000.0 |

**Financial Covenants:**

Cumulative Consolidated Net Cash Flow

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Consolidated Net Cash Flow | (6,948.4) | (7,344.0) | (7,595.2) | (8,397.0) | (8,684.0) | (9,267.5) | (9,706.9) | (10,519.7) | (10,780.7) | (11,374.1) | |
| Less: Permitted Variance (12.5%) | (868.6) | (918.0) | (949.4) | (1,049.6) | (1,085.5) | (1,158.4) | (1,213.4) | (1,315.0) | (1,347.6) | (1,421.8) | |
| **Minimum Projected Consolidated Net Cash** | (7,817.0) | (8,262.0) | (8,544.6) | (9,446.6) | (9,769.5) | (10,425.9) | (10,920.3) | (11,834.7) | (12,128.3) | (12,795.9) | |

[1] Per term sheet, 27.6% of Trailside closings pr[oceeds]

(1) Exclusive Resorts currently leases Trailside townhomes, should pending sale of townhomes close, lease payments to decline.

3