# EXHIBIT B

# PROCEDURES NOTICE

LEGAL_US_E # 87037623.4
RLF1 3545242v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: Chapter 11
In re                                                           : Case No. 10-10452 (BLS)
                                                                :
East West Resort Development V, L.P., L.L.L.P.,                 : (Jointly Administered)
et al.,[1]                                                      :
                                                                :
         Debtors.                                               :
                                                                :
                                                                :
---------------------------------------------------------------- x

## NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE APPROVAL HEARING

PLEASE TAKE NOTICE that on March 4, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed a *Motion of the Debtors and Debtors in Possession Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code for an Order (i)(a) Approving Procedures in Connection With the Sale of the Sale Debtors' Assets; (b) Scheduling Related Auction and Hearing to Consider Approval of Sale; (c) Approving Procedures Related to the Assumption of Certain of the Sale Debtors' Executory Contracts and Unexpired Leases; (d) Approving the Form and Manner of Notice Thereof; and (e) Granting Related Relief; and (ii)(a) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Modified Purchase Agreement; (b) Approving the Assumption and Assignment of Certain of the Sale Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (c) Granting Related Relief* (the "Motion").[2] The Debtors seek, among other things, to sell (i) substantially all the assets of Old Greenwood, LLC, (ii) substantially all the assets of Gray's Station, LLC, (iii) the Jack Nicklaus signature golf course owned by Tahoe Club Company, LLC, and (iv) the Peter Jacobson/Jim Hardy golf course owned by Tahoe Club Company, LLC (collectively, the "Assets"), to the

---

[1] The Debtors are the following 12 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): East West Resort Development V, L.P., L.L.L.P., a Delaware limited partnership registered as a limited liability limited partnership (9275), NMP Holdings, LLC, a Delaware limited liability company (9716), Northstar Mountain Properties, LLC, a Delaware limited liability company (0823), Northstar Iron Horse, LLC, a Delaware limited liability company (1031), Northstar Big Horn, LLC, a Delaware limited liability company (1132), Northstar Village Townhomes, LLC, a Delaware limited liability company (7166), Northstar Trailside Townhomes, LLC, a Delaware limited liability company (7251), Old Greenwood, LLC, a Delaware limited liability company (3812), Old Greenwood Realty Inc., a California corporation (4355), Gray's Station, LLC, a Delaware limited liability company (8308), Tahoe Mountain Resorts, LLC, a Delaware limited liability company (0093), and Tahoe Club Company, LLC, a Delaware limited liability company (5142). The address of each of the Debtors is 126 Riverfront Lane, 5th Floor, PO Drawer 2770, Avon, Colorado 81620.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

prevailing bidder(s) (the "Prevailing Bidder"), at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on _____, 2010, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the Motion and the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the sale of the Sale Debtors' assets under the Purchase Agreement. All interested bidders should carefully read the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures and the summary description of its terms and conditions contained in this Notice, the terms of the Bidding Procedures shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Sale Debtors' assets will be conducted on April 9, 2010, starting at 9:00 a.m. (prevailing Central Time) (the "Auction Date") at the offices of Paul, Hastings, Janofsky & Walker, LLP, 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105, or at any such other place, date and time as may be designated in writing by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Sale Debtors' assets to the Prevailing Bidder (the "Sale Approval Hearing") before the Honorable Brendan L. Shannon, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom 1, on _____, 2010 at \_\_\_\_\_ (prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Approval Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Approval Hearing. Objections to the Sale must be filed and served so that they are received by the Debtors by no later than 4:00 p.m. (prevailing Eastern Time) on _____, 2010.

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Auction and Sale Approval Hearing is subject to the full terms and conditions of the Motion, Bidding Procedures Order and Bidding Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Motion, Bidding Procedures and/or Bidding Procedures Order may be obtained calling the following toll-free number: (866) 212-0222.

Dated: March 4, 2010  
Wilmington, Delaware

Respectfully submitted,

---

Daniel J. DeFranceschi (No. 2732)  
Paul N. Heath (No. 3704)  
Dana L. Reynolds (No. 4930)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
Email: defranceschi@rlf.com  
heath@rlf.com  
reynolds@rlf.com

-and-

Richard A. Chesley (IL 6240877)  
Gregory S. Otsuka (IL 6270388)  
Hilla Uribe Jimenez (IL 6293064)  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
191 North Wacker Drive, 30th Floor  
Chicago, Illinois 60606  
Telephone: (312) 499-6000  
Facsimile: (312) 499-6100  
Email: richardchesley@paulhastings.com  
gregoryotsuka@paulhastings.com  
hillauribe@paulhastings.com

PROPOSED COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION