Barclays Bank PLC,
a United Kingdom corporation, as Agent and as a Lender

By:
Title:

DOUGLAS BERNEGGER
DIRECTOR

As used in the Agreement, the following terms shall have the following definitions:

"<u>Account</u>" means an account (as that term is defined in the Code).

"<u>Account Debtor</u>" means any Person who is obligated on an Account, chattel paper, or a general intangible.

"<u>Additional Control Agreements</u>" means the control agreements, in form and substance reasonably satisfactory to Agent and which shall perfect Lenders' security interest in all of the Borrowers' bank accounts and Deposit Accounts in accordance with the Uniform Commercial Code (as enacted in the state in which the bank holding the applicable Accounts has jurisdiction pursuant to Section 9-304 of the applicable Uniform Commercial Code), executed and delivered by Borrowers, the Agent, and such bank. Each Additional Control Agreement shall provide, among other things, that the bank party thereto agrees, from and after the receipt of a notice (an "<u>Activation Notice</u>") from Agent (which Activation Notice may only be given by Agent at any time at which an Event of Default has occurred and is continuing), to follow instructions only from Agent with respect to such bank account or Deposit Account and the funds on deposit therein

"<u>Additional Documents</u>" has the meaning specified therefor in <u>Section 5.12</u> of the Agreement.

"<u>Advances</u>" has the meaning specified therefor in <u>Section 2.2(a)</u> of the Agreement.

the Required Lenders to require that payments and proceeds of Collateral be applied pursuant to <u>Section 2.4(b)(ii))</u> of the Agreement.

"<u>Assignee</u>" has the meaning specified therefor in <u>Section 13.1(a)</u> of the Agreement.

"<u>Assignment and Acceptance</u>" means an Assignment and Acceptance Agreement substantially in the form of <u>Exhibit A-1</u>.

"<u>Authorized Person</u>" means any one of the individuals identified on <u>Schedule A-2</u>, as such schedule is updated from time to time by written notice from Borrowers to Agent.

"<u>Bankruptcy Code</u>" means title 11 of the United States Code, as in effect from time to time.

"<u>Bankruptcy Court</u>" has the meaning specified in the recitals to this Agreement.

"<u>Base LIBOR Rate</u>" means the rate per annum, determined by Agent in accordance with its customary procedures, and utilizing such electronic or other quotation sources as it considers appropriate, to be the rate at which Dollar deposits (for delivery on the first day of the requested Interest Period) are offered to major banks in the London interbank market 2 Business Days prior to the commencement of the requested Interest Period, for a term and in an amount comparable to the Interest Period and the amount of the LIBOR

"Budget" has the meaning specified in Section 5.16 of this Agreement.

"Business Day" means any day that is not a Saturday, Sunday, or other day on which banks are authorized or required to close in the state of New York.

"Capital Expenditures" means, with respect to any Person for any period, the aggregate of all

"Change of Control" means that (a) Permitted Holder fails to own and control, directly or indirectly, 51%, or more, of the Stock of Borrowers, (b) if any Loan Party is a corporation, any merger, consolidation, sale, transfer or pledge of such Loan Party's Stock or the creation or issuance of new stock, (c) if a Loan Party is a limited or general partnership or joint venture, any merger or consolidation or the change, removal, resignation or addition of a general partner, or the sale, transfer or pledge of the partnership interest of any general partner or any profits or proceeds relating to such partnership interest of any general partner or any profits or proceeds relating to such general partnership interest, or the sale or pledge of limited partnership interests or any profits or proceeds relating to such limited partnership interests or the creation or issuance of new limited partnership interests, (d) if any Loan Party is a limited liability company, any merger or

"Collateral Material Lease" means, with respect to any Borrower, (i) each lease related to the Collateral to which such Borrower is a party involving aggregate consideration payable to or by such Person or such Subsidiary of $50,000 or more, and (ii) all other leases related to the Collateral, the loss of which could reasonably be expected to result in a Material Adverse Change.

"Collections" means *all* cash, checks, notes, instruments, and other items of payment (including insurance proceeds, cash proceeds of asset sales, rental proceeds, and tax refunds), other than any rental proceeds that Loan Parties

executed and delivered by Borrowers and/or any applicable Guarantor in favor of Agent, in form and substance reasonably satisfactory to Agent, that encumbers the Real Property Collateral.

"Default" means an event, condition, or default that, with the giving of notice, the passage of time, or both, would be an Event of Default.

"Defaulting Lender" means any Lender that fails to make any Advance (or other extension of credit, including the failure to make available to Agent amounts required pursuant to a Settlement) that it is required to make hereunder on the date that it is required to do so hereunder.

"Defaulting Lender Rate" means (a) for the first 3 days from and after the date the relevant payment is due, the Base Rate, and (b) thereafter, the interest rate then applicable to Advances that are Base Rate Loans (inclusive of the Base Rate Margin applicable thereto).

"Deposit Account" means any deposit account (as that term is defined in the Code) and also the Designated Account and the Trailside Purchase Deposit Account.

"Designated Account" means the Deposit Account of Borrowers identified on Schedule D-1.

"Designated Account Bank" has the meaning specified therefor in Schedule D-1.

"Designated Account Control Agreement" means a control agreement, in form and substance reasonably satisfactory to Agent and which shall perfect Lenders' security interest in the Designated Account in accordance with the Uniform Commercial Code (as enacted in the state in which the Designated Account Bank has jurisdiction pursuant to Section 9-304 of the applicable Uniform Commercial Code), executed and delivered by Borrowers, the Agent, and the Designated Account Bank.

"Dollars" or "$" means United States dollars.

"Environmental Action" means any written complaint, summons, citation, notice, directive,

"Equipment" means equipment (as that term is defined in the Code).

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended, and any successor statute thereto.

"ERISA Affiliate" means (a) any Person subject to ERISA whose employees are treated as employed by the same employer as the employees of Borrower

any day which is a Business Day, the average of the quotations for such day on such transactions received by Agent from three Federal funds brokers of recognized standing selected by it.

"Final Hearing" means a hearing held by the Bankruptcy Court regarding the approval of the Final Order.

"Final Order" means a final order of the Bankruptcy Court authorizing and approving this Agreement and the other Loan Documents on a final basis and entered following a final hearing in form and substance satisfactory to the Agent, in its sole discretion, the Borrowers, and their respective counsel.

"Foreign Lender" means any Lender or Participant that is not a United States person within the meaning of IRC section 7701(a)(30).

"Funding Date" means the date on which a Borrowing occurs.

"GAAP" means generally accepted accounting principles as in effect from time to time in the United States, consistently applied.

any radioactive materials, and (d) asbestos in any form or electrical equipment that contains any oil or dielectric fluid containing levels of polychlorinated biphenyls in excess of 50 parts per million.

"Holdout Lender" has the meaning specified therefor in Section 14,2(a) of the Agreement.

"Indebtedness" means (a) all obligations for borrowed money, (b) all obligations evidenced by bonds, debentures, notes, or other similar instruments and all reimbursement or other obligations in respect

Indebtedness, Stock, or all or substantially all of the assets of such other Person (or of any division or business line of such other Person), and any other items that are or would be classified as investments on a balance sheet prepared in accordance with GAAP.

"IRC" means the Internal Revenue Code of 1986, as in effect from time to time.

"Lender" and "Lenders" have the respective meanings set forth in the preamble to the Agreement, and shall include any other Person made a party to the Agreement pursuant to the provisions of Section 13.1 of the Agreement.

"Lender Group" means each of the Lenders (including the Issuing Lender) and Agent, or any one or more of them.

"Lender Group Expenses" means all (a) costs or expenses (including taxes, and insurance premiums) required to be paid by Borrowers or Guarantors under any of the Loan Documents that are paid, advanced, or incurred by the Lender Group, (b) out-of-pocket fees or charges paid or incurred by Agent in connection with the Lender Group's transactions with Borrowers or Guarantors under any of the Loan Documents, including, fees or charges for photocopying, notarization, couriers and messengers, telecommunication, public record searches (including tax lien, litigation, and UCC searches and including searches with the patent and trademark office, the copyright office, or the department of motor vehicles), filing, recording, publication, appraisal (including periodic collateral appraisals or business valuations to the extent of the fees and charges (and up to the amount of any limitation) contained in the Agreement), real estate surveys, real estate title policies and endorsements, and environmental audits, (c) reasonable out-of-pocket costs and expenses incurred by Agent in the disbursement of funds to Borrowers or other members of the

"LIBOR Option" has the meaning specified therefor in Section 2.12(a) of the Agreement.

"LIBOR Rate" means, for each Interest Period for each LIBOR Rate Loan, the rate per annum determined by Agent by *dividing* (a) the Base LIBOR Rate for such Interest Period, by (b) 100% *minus* the Reserve Percentage. The LIBOR Rate shall be adjusted on and as of the effective day of any change in the Reserve Percentage (if any).

paid or payable to any taxing authorities by Borrowers or such Guarantor in connection with such sale or disposition, in each case to the extent, but only to the extent, that the amounts so deducted are, at the time of receipt of such cash, actually paid or payable to a Person that is not an Affiliate of Borrowers or any Guarantors, and are properly attributable to such transaction; and

(b) with respect to the issuance or incurrence of any Indebtedness by Borrowers or any Guarantors, or the issuance by any Borrower or any Guarantors of any shares of its Stock, the aggregate amount of cash received (directly or indirectly) from time to time (whether as initial consideration or through the payment or disposition of deferred consideration) by or on behalf of Borrowers or such Guarantor in connection with such issuance or incurrence, after deducting therefrom only (i) reasonable fees, commissions, and expenses related thereto and required to be paid by Borrowers or such Guarantor in connection with such issuance or incurrence, (ii) taxes paid or payable to any taxing authorities by Borrowers or such Guarantor in connection with such issuance or incurrence, in each case to the extent, but only to the extent, that the amounts so deducted are, at the time of receipt of such cash, actually paid or payable to a Person that is not an Affiliate of Borrowers or any Guarantors, and are properly attributable to such transaction.

"Obligations" means all loans, Advances, debts, principal, interest, contingent reimbursement or indemnification obligations, premiums, liabilities (including all amounts charged to the Loan Account pursuant to the Agreement), obligations (including indemnification obligations), fees, Lender Group Expenses, guaranties, covenants, and duties of any kind and description owing by Borrowers to the Lender Group pursuant to or evidenced by the Loan Documents and irrespective of whether for the payment of money, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and including all interest not paid when due and all other expenses or other amounts that Borrowers are required to pay or reimburse by the Loan Documents or by law or otherwise in connection with the Loan Documents.

"Old Greenwood Option" means the option held by Old Greenwood, LLC pursuant to that certain Option Agreement, dated December 31,2004, between Tahoe Club Company, LLC, as optionor and Old Greenwood LLC, as optionee, to re-purchase the Old Greenwood golf course at any time for any reason until December 31, 2024 for Ten Dollars.

"Orders" means the Interim Order and the Final Order; and "Order" means whichever of the Interim Order or the Final Order is then in effect.

"Participant" has the meaning specified therefor in Section 13.1(e) of the Agreement.

"Patriot Act" has the meaning specified therefor in Section 4.18 of the Agreement.

"Permitted Dispositions" means:

(a) sales, abandonment, or other dispositions of Equipment that is substantially worn, damaged, or obsolete in the ordinary course of business,

(b) any involuntary loss, damage or destruction of property,

(c) any involuntary condemnation, seizure or taking, by exercise of the power of eminent domain or otherwise, or confiscation or requisition of use of property,

(d) the making of a Permitted Investment,

(e) dispositions expressly set forth in the Budget,

(f) dispositions of assets (other than intellectual property, licenses, Stock of Subsidiaries of Borrowers, or Material Contracts) not otherwise permitted in clauses (a) through (e) above so long as made

- 12 -

at fair market value and the aggregate fair market value of all assets disposed of in all such dispositions since the Closing Date (including the proposed disposition) would not exceed $25,000, and

(g)    Permitted Intercompany Advances,

(h)    Stock or other securities acquired in connection with the satisfaction or enforcement

Subsidiary, as applicable, in good faith, and (c) Agent is reasonably satisfied that, while any such protest is pending, there will be no impairment of the enforceability, validity, or priority of any of Agent's Liens.

"Person" means natural persons, corporations, limited liability companies, limited partnerships, general partnerships, limited liability partnerships, joint ventures, trusts, land trusts, business trusts, or other organizations, irrespective of whether they are legal entities, and governments and agencies and political subdivisions thereof.

"Petition Date" has the meaning specified in the recitals hereto.

"Plan" means a Single Employer Plan, or a Multiple Employer Plan.

"Plan of Reorganization" means a chapter 11 plan for the Debtors, that provides for, inter alia, payment in full in cash of all Obligations on the effective date thereof, together with releases, exculpations, waivers and indemnification, acceptable to the Agent and Required Lenders, in their sole discretion.

"Projections" means Borrowers' cash flow projections, prepared on a basis consistent with

[text partially obscured/redacted] delivered to Agent on January 4, 2010 represent, and as of the date on which any other [text obscured] are delivered, of the Loan Parties' future performance for the periods covered thereby [text obscured] tions believed by Borrowers to be reasonable at the time of the delivery thereof to Agent (it [text obscured] that such Projections are subject to uncertainties and contingencies, many of which are [text obscured] of the Loan Parties, that no assurances can be given that such Projections will be realized, [text obscured] ts may differ in a material manner from such Projections).

[right column partially obscured] ... the Projections ... Projections will ... the date such Proje ... based upon assum ... being understood ... beyond the contro ... and that actual res ...

**aterial Contracts.** Other than arising as a result of the commencement of the Chapter 11 [text obscured] for matters which, either individually or in the aggregate, could not reasonably be expected [text obscured]ial Adverse Change, each Material Contract (other than those that have expired at the end of [text obscured] (a) is in full force and effect and is binding upon and enforceable against the applicable [text obscured] Borrowers' knowledge, each other Person that is a party thereto in accordance with its [text obscured] been otherwise amended or modified (other than amendments or modifications permitted [text obscured])(j)), and (c) is not in default in any material respect due to the action or inaction of any

4.17 **M** [text obscured] Cases, and except [text obscured] to result in a Mater [text obscured] their normal terms [text obscured] Loan Party and, t[text obscured] terms, (b) has not [text obscured] under Section 6.7( [text obscured] Loan Party thereto [text obscured]

"Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form.

"Related Fund" means, with respect to any Lender that is an investment fund, any other investment fund that invests in commercial loans and that is managed or advised by the same investment advisor as such Lender or by an Affiliate of such investment advisor.

"Remedial Action" means all actions taken to (a) clean up, remove, remediate, contain, treat,

"United States" means the United States of America.

"Voidable Transfer" has the meaning specified therefor in Section 17.7 of the Agreement.

Error! Unknown document property name.
RLF1 3538067v.1

# TABLE OF CONTENTS

Page

1. DEFINITIONS AND CONSTRUCTION. ...........................................................................................1

   1.1    Definitions...............................................................................................................................1
   1.2    Accounting Terms....................................................................................................................1
   1.3    Code .......................................................................................................................................2
   1.4    Construction ...........................................................................................................................2
   1.5    Schedules and Exhibits...........................................................................................................2

2. LOAN AND TERMS OF PAYMENT. ...........................................................................................2

   2.1    [Intentionally Omitted]...........................................................................................................2

| | 4.13 | Intellectual Property | 18 |
| | 4.14 | Leases | 18 |
| | 4.15 | Deposit Accounts and Securities Accounts | 18 |
| | 4.16 | Complete Disclosure | 18 |
| | 4.17 | Material Contracts. | 18 |
| | 4.18 | Patriot Act | 18 |
| | 4.19 | Indebtedness | 19 |
| | 4.20 | Payment of Taxes | 19 |
| | 4.21 | Governmental Regulation | 19 |
| 5. | | AFFIRMATIVE COVENANTS | 19 |
| | 5.1 | Financial Statements, Reports, Certificates | 19 |
| | 5.2 | Collateral Reporting | 19 |
| | 5.3 | Existence | 19 |

| | | |
|---|---|---|
| 8.1 | Event of Default | 26 |
| 8.2 | Rights and Remedies | 28 |
| 8.3 | Remedies Cumulative | 28 |
| **9.** | **PRIORITY AND COLLATERAL SECURITY** | **28** |
| 9.1 | Superpriority Claims and Collateral Security | 29 |
| 9.2 | Guarantees | 29 |
| 9.3 | No Discharge; Survival of Claims | 29 |
| 9.4 | Adequate Protection | 29 |
| **10.** | **WAIVERS; INDEMNIFICATION.** | **29** |
| 10.1 | Demand; Protest; etc | 30 |
| 10.2 | The Lender Group's Liability for Collateral | 30 |
| 10.3 | Indemnification | 30 |
| **11.** | **NOTICES** | **30** |
| **12.** | **CHOICE OF LAW AND VENUE; JURY TRIAL WAIVER.** | **32** |
| **13.** | **ASSIGNMENTS AND PARTICIPATIONS; SUCCESSORS** | **33** |
| 13.1 | Assignments and Participations | 33 |
| 13.2 | Successors | 34 |
| **14.** | **AMENDMENTS; WAIVERS** | |



## EXHIBITS AND SCHEDULES

Exhibit A-1      Form of Assignment and Acceptance
Exhibit C-1      Form of Compliance Certificate
Exhibit L-1      LIBOR Notice

Schedule A-1      Agent's Account
Schedule A-2      Authorized Persons
Schedule B-1      Guarantors
Schedule C-1      Commitments
Schedule D-1      Designated Account
Schedule P-1      Permitted Investments
Schedule P-2      Permitted Liens
Schedule 1.1      Definitions
Schedule 3.1(b)   Defaults in Connection with Collateral Material Contracts
Schedule 3.2(d)   Capitalization of Loan Parties and Their Subsidiaries
Schedule 3.2(h)   Intellectual Property
Schedule 3.2(m)   Material Contracts
Schedule 4.2      Due Authorization
Schedule 4.4      Collateral
Schedule 4.6(a)   States of Organization
Schedule 4.6(b)   Chief Executive Offices
Schedule 4.6(c)   Organizational Identification Numbers
Schedule 4.7(b)   Litigation
Schedule 4.8      Exception to Compliance with Laws
Schedule 4.14     Defaulted Leases
Schedule 4.15     Deposit Accounts and Securities Accounts
Schedule 4.19     Existing Indebtedness
Schedule 4.20     Taxes
Schedule 5.11     Guaranty
Schedule 6.6      Nature of Business

*Error! Unknown document property name.*
*RLF1 3538067v.1*