EXHIBIT D

1. Any Liens of Truckee Donner Land Trust arising under: (a) that certain document entitled "Community Benefit Fee Agreement" executed by Northstar Community Foundation and Northstar Mountain Properties, LLC recorded December 30, 2003, Instrument No. 2003-0212927, Official Records, as amended to date; (b) that certain document entitled "Community Benefit Fee Agreement" executed by Tahoe Mountain Resorts Foundation and Northstar Mountain Properties, LLC recorded December 30, 2003, Instrument No. 2003-0212928, Official Records, as amended to date; (c) Memorandum of Assignment of Rights Agreement recorded September 1, 2006, Instrument No. 2006-0094502, Official Records, as amended to date; (d) that certain document entitled "Community Benefit Fee Agreement" executed by Tahoe Mountain Resorts Environmental Fund and Northstar Mountain recorded December 30, 2003, Instrument No. 2003-0212929, Official Records, as amended to date; (e) that certain document entitled "Community Benefit Fee Agreement (The Highlands)" dated September 28, 2007, executed by and between Truckee Donner Land Trust and Northstar Mountain Properties, LLC, et al, recorded October 5, 2007, Instrument No. 2007-0096443, Official Records, as amended to date; (f) that certain document entitled "Civic Fee Covenant" dated December 4, 2007, executed by Northstar Mountain Properties, LLC, et al, recorded December 12, 2007, Instrument No. 2007-0116726, Official Records, as amended to date; (g) that certain document entitled "Community Benefit Fee Agreement" dated December 29, 2003, executed by Northstar Community Foundation and Northstar Mountain Properties, LLC recorded December 30, 2003, Instrument No. 2003-0212927, Official Records, as amended to date; (h) that certain document entitled "Community Benefit Fee Agreement" dated December 29, 2003, executed by Tahoe Mountain Resorts Foundation and Northstar Mountain Properties, LLC recorded December 30, 2003, Instrument No. 2003-0212928, Official Records, as amended to date; (i) Memorandum of Assignment of Rights Agreement recorded September 1, 2006, Instrument No. 2006-0094502, Official Records, as amended to date; (j) that certain document entitled "Community Benefit Fee Agreement" dated December 29, 2003, executed by Tahoe Mountain Resorts Environmental Fund and Northstar Mountain recorded December 30, 2003, Instrument No. 2003-0212929, Official Records, as amended to date; (k) that certain document entitled "Community Benefit Fee Agreement" dated September 28, 2007, executed by and between Truckee Donner Land Trust, Northstar Mountain Properties, LLC, and Northstar Trailside Townhomes, LLC, recorded October 5, 2007, Instrument No. 2007-0096443, Official Records, as amended to date; or (l) that certain document entitled "Civic Fee Covenant" dated December 4, 2007, executed by Northstar Trailside Townhomes, LLC, et al, recorded December 12, 2007, Instrument No. 2007-0116726, Official Records, as amended to date.

2. Any Liens of Northstar Mountain Association arising under: (a) that certain Amended and Restated Declaration of Covenants, Conditions and Restrictions for the Northstar Master Development dated October 12, 2005 and recorded as Instrument 2005-0144937 in the land records of Placer County, California, as amended to date; or (b) that certain Fifth Amended Operating Subsidy Agreement for Northstar Mountain, Phases 1, 2, 3, 4,

5, 6, 7 and 8 dated January 1, 2009 by and between Northstar Mountain Properties, LLC and Northstar Mountain Association, as amended to date.

3. Any Liens of CNL Income Northstar or CNL Income Northstar Commercial, LLC arising under: (a) that certain document entitled "Agreement for Purchase and Sale of Real Property" dated September 22, 2000, executed by and between Trimont Land Company and Trimont Land Holdings, Inc. recorded October 18, 2000, Instrument No. 2000-0077970, Official Records, as amended to date; (b) that certain document entitled "Easement Agreement" dated September 22, 2000, executed by Trimont Land Holdings, Inc. and Trimont Land Company recorded October 18, 2000, Instrument No. 2000-0077973, Official Records, as amended to date; (c) an unrecorded lease with certain terms, covenants, conditions and provisions set forth therein as disclosed by the document: Entitled: Memorandum, Lessor: Trimont Land Holdings, Inc., Lessee: Trimont Land Company, Recorded: October 18, 2000, Instrument No. 2000-0077974, Official Records, as amended to date; (d) Assignment and Assumption of Net Lease Agreement executed by and between Trimont Land Company (Assignor) and CNL Income Northstar, LLC (Assignee), recorded March 15, 2007, Instrument No. 2007-0026131, Official Records, as amended to date; (e) a deed of trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby: Amount: Not shown, Dated: September 22, 2000, Trustor: Trimont Land Holdings, Inc., Trustee: Placer Title Company, Beneficiary: Trimont Land Company, Loan No.: , Recorded: October 18, 2000, Instrument No. 2000-0077976, Official Records, Affects: A portion of the land described herein and other land, as amended to date; (f) that certain document entitled "Memorandum of Agreement for Purchase and Sale of Real Property" dated September 22, 2000, executed by Trimont Land Holdings, Inc. and East West Partners, Inc recorded October 18, 2000, Instrument No. 2000-0077978, Official Records, as amended to date; (g) Assignment and Assumption of Contract of Sale, Assignor: East West Partners, Inc., Assignee: Northstar Mountain Properties, LLC, Recorded: October 18, 2000, Instrument No. 2000-0077979, Official Records, as amended to date; (h) that certain document entitled "Non-Residential Property Option Agreement" dated September 22, 2000, executed by Northstar Mountain Properties, LLC, and Trimont Land Holdings, Inc. recorded October 18, 2000, Instrument No. 2000-0077982, Official Records, as amended to date; (i) a deed of trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby: Amount: Not shown, Dated: September 22, 2000, Trustor: Northstar Mountain Properties, LLC, Trustee: Placer Title Company, Beneficiary: Trimont Land Holdings, Inc., Loan No.: Recorded: October 18, 2000, Instrument No. 2000-0077983, Official Records, Affects: A portion of the land described herein and other land, as amended to date; or (j) that certain document entitled "Community Benefit Fee Agreement (The Highlands)" dated September 28, 2007, executed by and between Truckee Donner Land Trust and Northstar Mountain Properties, LLC, et al, recorded October 5, 2007, Instrument No. 2007-0096443, Official Records, as amended to date.

4. Any Liens of Trimont Land Company arising under: (a) a deed of trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby: Amount: Not shown, Dated: September 22, 2000, Trustor: Northstar Mountain

Properties, LLC, Trustee: Placer Title Company, Beneficiary: Trimont Land Holdings, Inc., Loan No.: , Recorded: October 18, 2000, Instrument No. 2000-0077983, Official Records, Affects: A portion of the land described herein and other land, as amended to date; or (b) that certain document entitled "Community Benefit Fee Agreement (The Highlands)" dated September 28, 2007, executed by and between Truckee Donner Land Trust and Northstar Mountain Properties, LLC, et al, recorded October 5, 2007, Instrument No. 2007-0096443, Official Records, as amended to date.

5. The Liens securing special taxes that were recorded by or on behalf of Northstar Community Services District Community Facilities District No. 1, Truckee Donner Public Utility District Community Facilities District No. 03-1 or Truckee Donner Public Utility District Community Facilities District No. 04-1 pursuant to the Mello-Roos Community Facilities Act of 1982, Cal. Gov't Code § 53311 *et seq.*, against real property owned by any of the Debtors, to the extent that such real property constitutes "Collateral" within the meaning of the Postpetition Loan Agreement.