EXHIBIT E

## AMENDMENT

# OMNIBUS AMENDMENT NO. 1 AND JOINDER

THIS OMNIBUS AMENDMENT NO. 1 AND JOINDER (the "Amendment") is entered into as of March 10, 2010, by and among the lenders identified on the signature pages hereof (such lenders, together with their respective successors, and permitted assigns, are referred to hereinafter each individually as a "Lender" and collectively as the "Lenders"), Barclays Bank PLC, a United Kingdom company, as agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, "Agent"), East West Resort Development V, L.P., L.L.L.P., NMP Holdings, LLC, Northstar Trailside Townhomes, LLC, Tahoe Club Company, LLC, Old Greenwood, LLC (each, individually, a "Borrower", and collectively, the "Borrowers"), Northstar Mountain Properties, LLC ("NMP"), and Tahoe Mountain Resorts, LLC, Gray's Station, LLC, Northstar Village Townhomes, LLC, Northstar Big Horn, LLC, Northstar Iron Horse, LLC, and Old Greenwood Realty, Inc. (each, individually, a "Guarantor", and collectively, the "Guarantors").

WHEREAS, on February 16, 2010 (the "Petition Date"), the Borrowers and certain of their Subsidiaries and NMP commenced voluntary Chapter 11 Case Nos. 10-10452-BLS through 10-10463-BLS as administratively consolidated at Chapter 11 Case No. 10-10452-BLS under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on February 19, 2010 (i) each of the Borrowers, the Agent, the Lenders executed that certain Senior Secured, Super-Priority Debtor-In-Possession Loan And Security Agreement (the "Postpetition Loan Agreement"; capitalized terms used but not defined herein shall have the meanings set forth in the Postpetition Loan Agreement), (ii) each of the Borrowers and the Agent executed that certain Security Agreement (the "Security Agreement"), (iii) NMP executed that certain Deed Of Trust And Security Agreement dated as of February 19, 2010 made by NMP to Fidelity National Title Company, as trustee for the benefit of Agent, as beneficiary (the "NMP Deed Of Trust"); and (iv) each of the Borrowers, the Agent, and/or the Lenders executed the other Loan Documents;

WHEREAS, pursuant to the Postpetition Loan Agreement, the Security Agreement, and the other Loan Documents, Borrowers granted Agent, on behalf of the Lender Group, a security interest in the Collateral;

WHEREAS, on February 19, 2010, NMP executed that certain General Continuing Guaranty of the Borrowers' obligations under the Loan Document in favor of Agent (the "NMP Guaranty");

WHEREAS, on February 19, 2010, each of the Guarantors also executed a General Continuing Guaranty of the Borrowers' obligations under the Loan Documents in favor of Agent (the "Non-NMP Guaranties");

WHEREAS, pursuant to Section 4.4 of the Postpetition Loan Agreement, the Borrowers were (and are on a continuing basis) required to represent that they own the Collateral, including, without limitation, the Collateral set forth on Schedule 4.4 of the Postpetition Loan Agreement;

WHEREAS, as set forth more fully in the NMP Deed Of Trust, certain of the Collateral listed on Schedule 4.4 of the Postpetition Loan Agreement, is owned by NMP, which was not an initial Borrower under the Postpetition Loan Agreement;

WHEREAS, in order to ensure the accuracy of the representation made by Borrowers in Section 4.4 of the Postpetition Loan Agreement, the Borrowers, NMP, and the Guarantors have requested, and Agent and Lenders have agreed, to amend the Postpetition Loan Agreement to add NMP as a Borrower thereunder, to amend the Security Agreement to add NMP as a Grantor (as that term is defined in the Security Agreement) thereunder, and to make conforming amendments to the other Loan Documents;

WHEREAS, the Borrowers, NMP, and the Guarantors have also asked Agent and the Lenders to amend the definition of Trailside Purchase Deposit Account to permit such account to be maintained at First Bank Of Avon, rather than maintained with Agent;

WHEREAS, Agent and the Lenders have consented to such requests, subject to and solely on the terms and conditions set forth herein;

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each of the Agent, the Lenders, the Borrowers, NMP, and the Guarantors agree as follows:

1. Amendments To Postpetition Loan Agreement.

(a) The Preamble to the Postpetition Loan Agreement is deleted in its entirety and replaced with the following:

> **THIS SENIOR SECURED, SUPER-PRIORITY DEBTOR-IN-POSSESSION LOAN AND SECURITY AGREEMENT** (this "Agreement") is entered into as of February 19, 2010, by and among the lenders identified on the signature pages hereof (such lenders, together with their respective successors, and permitted assigns, are referred to hereinafter each individually as a "Lender" and collectively as the "Lenders"), Barclays Bank PLC, a United Kingdom company, as agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, "Agent"), and East West Resort Development V, L.P., L.L.L.P., NMP Holdings, LLC, Northstar Trailside Townhomes, LLC, Old Greenwood, LLC, Tahoe Club Company, LLC, and Northstar Mountain Properties, LLC (each, individually, a "Borrower", and collectively, the "Borrowers").

(b) The definition of the term "Additional Control Agreements" is amended by deleting the phrase "Deposit Accounts" in the third line thereof and replacing it with the phrase "Deposit Accounts (including, without limitation, the Trailside Purchase Deposit Account)."

(c) The definition of the term "Existing Loans" is deleted in its entirety and replaced with the following:

-2-

"Existing Loans" means "Existing Loans," as that term is defined in the Final Order.

(d) The definition of the term "Permitted Liens" is deleted in its entirety and replaced with the following:

"Permitted Liens" means "Permitted Liens" as that term is defined in the Final Order.

(e) The definition of the term "Trailside Purchase Deposit Account" is deleted in its entirety and replaced with the following:

"Trailside Purchase Deposit Account" means that certain Deposit Account No. 624-550-5305, titled Northstar Trailside Townhomes Purchase Deposit Account For the Benefit of Barclays Bank PLC As Agent, and established by Borrowers at First Bank of Avon, P.O. Box 5909, Avon, Colorado, 81620.

(f) Section 6.2 of the Postpetition Loan Agreement is hereby amended by amending and restating such Section in its entirety as follows:

"6.2 **Liens.** Create, incur, assume, or suffer to exist, directly or indirectly, any Lien on or with respect to any of its assets, of any kind, whether now owned or hereafter acquired, or any income or profits therefrom, except for (a) Permitted Liens and (b) solely to the extent any such Lien exists and is a valid, enforceable, perfected and non-avoidable Lien as of the Petition Date and the holder of such Lien files an objection or other responsive pleading prior to the entry of the Final Order asserting such Lien, (i) Liens arising by operation of law in favor of warehousemen, landlords, carriers, mechanics, materialmen, laborers, or suppliers, incurred in the ordinary course of business and not in connection with the borrowing of money and (ii) judgment Liens arising solely as a result of the existence of judgments, orders, or awards that do not constitute an Event of Default under Section 8.1(c) of the Agreement."

2. Amendment To Security Agreement. The first WHEREAS clause contained in the Security Agreement is deleted in its entirety and replaced with the following:

**WHEREAS**, pursuant to that certain Senior Secured, Super-Priority Debtor-In-Possession Loan And Security Agreement entered into as of February 19, 2010 (as amended, restated, supplemented, or otherwise modified from time to time, the "Postpetition Loan Agreement"), by and among the lenders party thereto as "Lenders" (such lenders, together with their respective successors, and permitted assigns, are referred to hereinafter each individually as a "Lender" and collectively as the "Lenders"), Barclays Bank PLC, a United Kingdom company, as agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, "Agent"), and East West Resort Development V, L.P., L.L.L.P., NMP Holdings, LLC, Northstar Trailside Townhomes, LLC, Old Greenwood, LLC, Tahoe Club Company, LLC, and Northstar Mountain Properties, LLC

(each, individually, a "Borrower", and collectively, the "Borrowers"), the Lender Group has agreed to make certain financial accommodations to Borrowers from time to time pursuant to the terms and conditions thereof;

3. **Amendment To Non-NMP Guaranties.** The first WHEREAS clause contained in each of the Non-NMP Guaranties is deleted in its entirety and replaced with the following:

> **WHEREAS**, pursuant to that certain Senior Secured, Super-Priority Debtor-In-Possession Loan And Security Agreement entered into as of February 19, 2010 (as amended, restated, supplemented, or otherwise modified from time to time, the "Postpetition Loan Agreement"), by and among the lenders party thereto as "Lenders" (such lenders, together with their respective successors, and permitted assigns, are referred to hereinafter each individually as a "Lender" and collectively as the "Lenders"), Barclays Bank PLC, a United Kingdom company, as agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, "Agent"), and East West Resort Development V, L.P., L.L.L.P., NMP Holdings, LLC, Northstar Trailside Townhomes, LLC, Old Greenwood, LLC, Tahoe Club Company, LLC, and Northstar Mountain Properties, LLC (each, individually, a "Borrower", and collectively, the "Borrowers"), the Lender Group has agreed to make certain financial accommodations to Borrowers from time to time pursuant to the terms and conditions thereof;

4. **Amendment To Collateral Assignment Of Contracts, Licenses And Permits.** The Preamble to the Collateral Assignment Of Contracts, Licenses And Permits is deleted in its entirety and replaced with the following:

> **THIS COLLATERAL ASSIGNMENT OF CONTRACTS, LICENSES AND PERMITS** (this "Assignment") dated as of February 19, 2010, is executed by East West Resort Development V, L.P., L.L.L.P., NMP Holdings, LLC, Northstar Trailside Townhomes, LLC, Old Greenwood, LLC, Tahoe Club Company, LLC, and Northstar Mountain Properties, LLC (collectively, "Assignor") in favor of Barclays Bank PLC, a United Kingdom company, as agent for the Lenders, as that term is defined below (in such capacity, together with its successors and assigns in such capacity, the "Administrative Agent").

6. **NMP Joinder And NMP Guaranty.**

(a) **NMP Joinder In Postpetition Loan Agreement.** NMP hereby assumes, and agrees to perform, for the benefit of Lenders and Agent, all of the Obligations of a Borrower and Loan Party under the Postpetition Loan Agreement and the other Loan Documents, as direct and primary obligations of NMP (including any such Obligations that may have accrued prior to the date hereof), and further agrees that it shall comply with and be fully bound by the terms of the Postpetition Loan Agreement and the other Loan Documents as if it had been a signatory thereto as of the date thereof. Without limiting the generality of the foregoing, as a Borrower and Loan Party

-4-

under the Postpetition Loan Agreement, NMP agrees to pay all Obligations owing by it to Agent and/or any of the Lenders, including, without limitation, all payments of principal, interest and other charges due from time to time with respect to the Advances made, assumed or available to NMP.

(b)  **NMP Joinder In Security Agreement.** NMP hereby assumes, and agrees to perform, for the benefit of Lenders and Agent, all of its obligations as a Grantor (as that term is defined in the Security Agreement) under the Security Agreement, as direct and primary obligations of NMP (including any such obligations that may have accrued prior to the date hereof) and further agrees that it shall comply with and be fully bound by the terms of the Security Agreement as if it had been a signatory thereto as of the date thereof. Without limiting the generality of the foregoing, NMP hereby grants, assigns, conveys, mortgages, pledges, hypothecates and transfers to Agent, for itself and the benefit of each member of the Lender Group, as security for the prompt and complete payment, performance and observance of all Secured Obligations (as that term is defined in the Security Agreement), a Security Interest (as that term is defined in the Security Agreement) upon all of its right, title and interest in the Collateral (as that term is defined in the Security Agreement), whether now existing or hereinafter arising in accordance with the terms of the Security Agreement.

7.  **Miscellaneous.**

(a)  **Counterparts.** This Amendment may be executed in any number of counterparts and by the different parties on separate counterparts, and each such counterpart shall be deemed to be an original, but all such counterparts shall together constitute but one and the same Amendment. Receipt by telecopy, pdf or similar means of any executed signature page to this Amendment shall constitute effective delivery of such signature page.

(b)  **Continued Effectiveness.** Except as specifically set forth herein, the Postpetition Loan Agreement, the Security Agreement, and each of the other Loan Documents (including, without limitation, the NMP Deed Of Trust) shall continue in full force and effect according to their respective terms. Any reference to the Postpetition Loan Agreement contained in any document, instrument or agreement executed in connection with the Postpetition Loan Agreement shall be deemed to be a reference to the Postpetition Loan Agreement as modified by this Amendment.

[remainder of page intentionally left blank]

LEGAL_US_W # 64124295.2
NY 240,130,277v1 3-11-10

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed and delivered as of the date first above written.

East West Resort Development V, L.P., L.L.L.P.,
a Delaware limited partnership registered as a limited
liability partnership, as a Borrower

By HF Holding Corp., a Colorado corporation

By: _____
     Craig Ferraro
Title:    Vice President, Secretary and Treasurer

NMP Holdings, LLC,
a Delaware limited liability company, as a Borrower

By HF Holding Corp., a Colorado corporation

By: _____
     Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Northstar Trailside Townhomes, LLC
a Delaware limited liability company, as a Borrower

By HF Holding Corp., a Colorado corporation

By: _____
     Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Tahoe Club Company, LLC,
a Delaware limited liability company, as a Borrower

By HF Holding Corp., a Colorado corporation

By: _____
     Craig Ferraro
Title:    Vice President, Secretary and Treasurer

*Error! Unknown document property name.*

Old Greenwood, LLC,
a Delaware limited liability company, as a Borrower

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer


Northstar Mountain Properties, LLC,
a Delaware limited liability company, as a Borrower and as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer


Tahoe Mountain Resorts, LLC,
a Delaware limited liability company, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Gray's Station, LLC,
a Delaware limited liability company, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Northstar Village Townhomes, LLC,
a Delaware limited liability company, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Northstar Big Horn, LLC,
a Delaware limited liability company, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Northstar Iron Horse, LLC,
a Delaware limited liability company, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Old Greenwood Realty, Inc.,
a California corporation, as a Guarantor

By HF Holding Corp., a Colorado corporation

By: _____
      Craig Ferraro
Title:    Vice President, Secretary and Treasurer

Barclays Bank PLC,
a United Kingdom corporation, as Agent and as a Lender

By: _____
Title:
**Craig Malloy**
**Director**

LEGAL_US_W # 64124295.2
NY 240,130,277v1 3-11-10