# EXHIBIT F

Bond No.: CAIFSU0442504-02
Bond Type: HOA
Principal: Gray's Station, LLC
Obligee: Gray's Crossing Master Association
Penal Sum: $60,000
Effective Date: April 24, 2009
Expiration Date: April 24, 2010

Bond No.: CAIFSU042298-04
Bond Type: HOA
Principal: Old Greenwood, LLC
Obligee: Old Greenwood Master Association
Penal Sum: $20,000
Effective Date: February 3, 2010
Expiration Date: February 3, 2011

Bond No.: CAIFSU0422929-04
Bond Type: HOA
Principal: Old Greenwood, LLC
Obligee: Old Greenwood Cabins Shared Ownership Association
Penal Sum: $550,000
Effective Date: February 3, 2010
Expiration Date: February 3, 2011

Bond No.: CAIFSU0418306-04
Bond Type: HOA
Principal: Old Greenwood, LLC
Obligee: Old Greenwood Master Association
Penal Sum: $16,000
Effective Date: December 20, 2009
Expiration Date: December 20, 2010

Bond No.: CAIFSU0418308-04
Bond Type: HOA
Principal: Old Greenwood, LLC
Obligee: Old Greenwood Master Association
Penal Sum: $500,000
Effective Date: December 20, 2009
Expiration Date: December 20, 2010

Bond No.:          CAIFSU0437989-03
Bond Type:         HOA
Principal:         Old Greenwood, LLC
Obligee:           Old Greenwood Cabins Shared Ownership Association
Penal Sum:         $550,000
Effective Date:    November 13, 2009
Expiration Date:   November 13, 2010

Bond No.:          CAIFSU0437990-03
Bond Type:         HOA
Principal:         Old Greenwood, LLC
Obligee:           Old Greenwood Cabins Shared Ownership Association
Penal Sum:         $100,000
Effective Date:    November 13, 2009
Expiration Date:   November 13, 2010

Bond No.:          CAIFSU0437991-03
Bond Type:         HOA
Principal:         Old Greenwood, LLC
Obligee:           Old Greenwood Master Association
Penal Sum:         $20,000
Effective Date:    November 13, 2009
Expiration Date:   November 13, 2010

Bond No.:          CAIFSU0438021-03
Bond Type:         HOA
Principal:         Northstar Big Horn, LLC
Obligee:           Northstar Mountain Association
Penal Sum:         $1,150,000
Effective Date:    December 11, 2009
Expiration Date:   December 11, 2010

Bond No.:          CAIFSU0456390-02
Bond Type:         HOA
Principal:         Northstar Trailside Townhomes, LLC
Obligee:           Northstar Mountain Association
Penal Sum:         $15,000
Effective Date:    October 23, 2009
Expiration Date:   October 23, 2010

Bond No.:          CAIFSU0456391-02
Bond Type:         HOA
Principal:         Northstar Trailside Townhomes, LLC
Obligee:           Northstar Trailside Townhomes Association
Penal Sum:         $120,000
Effective Date:    October 23, 2009

Expiration Date: October 23, 2010

Bond No.: CAIFSU0463966-02
Bond Type: HOA
Principal: Northstar Village Townhomes, LLC
Obligee: Village Walk Townhomes, LLC
Penal Sum: $70,000
Effective Date: January 28, 2010
Expiration Date: January 28, 2011

Bond No.: CAIFSU0463967-02
Bond Type: HOA
Principal: Northstar Village Townhomes, LLC
Obligee: Northstar Mountain Association
Penal Sum: $25,000
Effective Date: January 28, 2010
Expiration Date: January 28, 2011

Bond No.: CAIFSU0463968-02
Bond Type: HOA
Principal: Northstar Village Townhomes, LLC
Obligee: Village Walk Townhomes, LLC
Penal Sum: $9,600
Effective Date: January 28, 2010
Expiration Date: January 28, 2011

Bond No.: CAIFSU0463965-02
Bond Type: HOA
Principal: Northstar Mountain Properties, LLC
Obligee: Northstar Mountain Association
Penal Sum: $300,000
Effective Date: January 28, 2010
Expiration Date: January 28, 2011