# Exhibit C

# Organizational Chart

# Corporate Organizational Chart



Outside investors hold approximately 8% of the Series B and Series C shares in NMP Holdings, LLC, which shares give such outside investors an 8% beneficial interest in the Northstar Trailside Townhome and Northstar Village Townhome projects.

C-1

LEGAL_US_E # 86966965.18