IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re : Chapter 11
: 
East West Resort Development V, L.P., L.L.L.P., : Case No. 10-10452 (BLS)
et al.,[1] :
: (Jointly Administered)
Debtors. :
: Re: Docket No. 382
------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| July 6, 2010 at 1:30 p.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |
| August 18, 2010 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |
| September 14, 2010 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

Dated: May 19, 2010
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are the following 12 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): East West Resort Development V, L.P., L.L.L.P., a Delaware limited partnership registered as a limited liability limited partnership (9275), NMP Holdings, LLC, a Delaware limited liability company (9716), Northstar Mountain Properties, LLC, a Delaware limited liability company (0823), Northstar Iron Horse, LLC, a Delaware limited liability company (1031), Northstar Big Horn, LLC, a Delaware limited liability company (1132), Northstar Village Townhomes, LLC, a Delaware limited liability company (7166), Northstar Trailside Townhomes, LLC, a Delaware limited liability company (7251), Old Greenwood, LLC, a Delaware limited liability company (3812), Old Greenwood Realty Inc., a California corporation (4355), Gray's Station, LLC, a Delaware limited liability company (8308), Tahoe Mountain Resorts, LLC, a Delaware limited liability company (0093), and Tahoe Club Company, LLC, a Delaware limited liability company (5142). The address of each of the Debtors is 126 Riverfront Lane, 5th Floor, PO Drawer 2770, Avon, Colorado 81620.

RLF1 3571927v. 1